# Court of Appeals
# of the State of Georgia

ATLANTA,  June 03, 2024

*The Court of Appeals hereby passes the following order:*

**A24A0249.  JATONY DUPREE v. THE STATE.**

Jatony Dupree appealed his criminal convictions to this Court. In his notice of appeal, he requested that nothing be omitted from the record. The record which was transmitted, however, did not include videos that were introduced at trial.[1] Although the lower court clerk subsequently transmitted the video exhibits for this case, one of the videos was damaged and is not viewable. Because the video evidence is germane to the issues on appeal, the appeal is hereby REMANDED to the trial court. See Court of Appeals Rule 11 (d) ("Any case docketed before the entire record is delivered to the Court may be remanded to the trial court until such time as the entire record is prepared and delivered to the Court."). Accordingly, upon completion of the record, which shall include viewable copies of video exhibits introduced at trial, the clerk of the trial court is DIRECTED to re-transmit the record to this Court, which will re-docket the appeal. No new notice of appeal need be filed. The clerk of the trial court

---

[1] The video exhibits that were included were from a different underlying case.

is also DIRECTED to include a copy of this order in the record transmitted to this

Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/03/2024

      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*